IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01780-RPM

CARL HUTCHINGS,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
a/k/a Liberty Mutual, and
SEAGATE US L.L.C.,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **November 15, 2007, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: October 10th, 2007

                                  BY THE COURT:

                                  s/ Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge