IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01780-RPM-CBS

CARL HUTCHINGS,

    Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a/k/a LIBERTY MUTUAL and SEAGATE US, L.L.C.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Comes now the Court, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, and hereby Orders that the within action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED this 31st day of March, 2008.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                United States District Judge